[Civ. No. 4571. Third Appellate District.—September 15, 1932.]

J. D. THOMAS, Respondent, v. JESSIE E. LAVERY et al., Defendants; HELEN REYNOLDS, Appellant.

Earl D. Killion for Appellant.

Charles E. Hobart for Respondent.

THE COURT.— This appeal involves the same questions that were involved in the case of *J. D. Thomas* v. *Jessie E. Lavery*, (Third Civil No. 4570) 125 Cal. App. 666 [14 Pac. (2d) 158], wherein Emma L. Barnett was defendant and appellant.

For the reasons set forth in the opinion in that case (filed September 6, 1932), the judgment in this case is reversed.